UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RUDY JAMES,<br><br>                    Defendant. | No. 15-cr-307 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of a memorandum from the U.S. Probation Department indicating that Defendant left the judicial district without permission and failed to make a good faith effort to pay his court-ordered restitution, in violation of the conditions of his supervised release.  IT IS HEREBY ORDERED THAT Defendant, defense counsel, counsel for the government, and U.S. Probation Officer Adam Pakula, who is Defendant's supervising probation officer, shall appear for a violation of supervised release hearing pursuant to Federal Rule of Criminal Procedure 32.1(3) and 18 U.S.C. § 3583 on June 10, 2020 at 10:30 a.m.  IT IS FURTHER ORDERED THAT Defendant, after consulting with counsel, shall notify the Court by June 1, 2020, whether he consents to the parties appearing by telephone in light of the COVID-19 pandemic.  *See* Standing Order M10-468, 20-mc-176 (CM) (S.D.N.Y. Mar. 30, 2020).

SO ORDERED.

Dated:     May 27, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation