UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RUDY JAMES,<br><br>                    Defendant. | No. 15-cr-307 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

Certain documents in this matter were previously filed under seal. In light of the common law presumption of open records, *see United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995), the Court directed the parties to apprise the Court as to which documents, if any, required continued sealing. On August 18, 2017, the government responded that it "ha[d] not identified any previously sealed documents in this case that require continued sealing." (Gov't Ltr. dated Aug. 18, 2017.) Defendant did not file a response. Accordingly, IT IS HEREBY ORDERED THAT the following documents will be unsealed and publicly docketed by the Court:

- a sealed order, filed June 24, 2016;
- the government's sentencing submission, dated July 17, 2017;
- the defendant's sentencing submission, dated July 26, 2017;
- a judgment, filed August 1, 2017;
- a forfeiture order, filed August 1, 2017;
- a restitution order, filed August 1, 2017 (the attached Schedule of Victims shall remain under seal pursuant to 18 U.S.C. §§ 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1);
- a sealed order, filed August 3, 2017; and

- a letter submitted to the Court by the government, dated August 18, 2017.

IT IS FURTHER ORDERED THAT the government shall publicly docket the Superseding Information S1 15 Cr. 307 (RJS) as soon as reasonably practicable.

SO ORDERED.

Dated:   June 10, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation