UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/17

UNITED STATES OF AMERICA

-v-

RUDY JAMES,

                Defendant.

No. 15-cr-307 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Although the Court sentenced Defendant to a term of time served and three years of supervised release on July 31, 2017, portions of the record in this case continue to be filed under seal. Accordingly, the parties shall submit a joint letter to the Court, to be received no later than August 18, 2017, apprising the Court as to what documents, if any, require continued sealing and why such sealing is justified in light of the strong presumption of open records. *See United States v. Amodeo*, 44 F.3d 141 (2d Cir. 1995); *United States v. Doe*, 63 F.3d 121 (2d Cir. 1995). Because this order references the existence of sealed and undocketed submissions, and because the parties have been given an opportunity to articulate bases for continued sealing of these materials, the Court will, for the time being, issue this order under seal. The parties shall also address the continued need for sealing this order in their forthcoming submission.

SO ORDERED.

Dated:    August 3, 2017
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE