UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
                               :
UNITED STATES OF AMERICA       :     TO BE FILED UNDER SEAL
                               :
- v. -                         :     LIMITED UNSEALING ORDER
                               :
RUDY JAMES,                    :     15 Cr. 307 (JGK)
                               :
       Defendant.              :
                               :
------------------------------ X

It is hereby ordered that the guilty plea proceeding on July 31, 2015, the exhibits marked during that proceeding, and the charging instruments in the above-captioned case, with respect to Defendant Rudy James, are hereby unsealed for the purpose of providing these materials to defense counsel and the Court in United States v. John Todd Williams, 14 Cr. 784 (AT).

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

6/24/16.