```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Rudy James,

                Defendant.

**Order of Restitution**

S1 15 Cr. 307

Upon the application of the United States of America, by its attorney, Joon H Kim, Acting United States Attorney for the Southern District of New York, Benet J. Kearney, Assistant United States Attorney, of counsel; the presentence report; the defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Rudy James, the Defendant, shall pay restitution in the total amount of $520,499.46 to the victims of the offense charged in Count One of the Information. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offense in this matter or in the matter of *United States* v. *John Todd Williams, et al.*, 14 Cr. 784 (RJS). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in these matters.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims

attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
      July 31, 2017

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2