UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RUDY JAMES,

Defendant.

No. 15-cr-307 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order, there is no longer a reason to seal documents in this case that overcomes the presumption of open records. (Doc. No. 68.) In addition, consistent with Federal Rule of Criminal Procedure 7(b), during the July 31, 2015 hearing at which he pleaded guilty, Defendant Rudy James knowingly waived, in open court, the right to prosecution by indictment and agreed to proceed by information. (Plea Hr'g at 5, 9–12.) Accordingly, IT IS HEREBY ORDERED THAT the following documents shall be unsealed and publicly docketed: (i) the superseding information; (ii) the July 31, 2015 transcript of James's plea hearing; and (iii) the August 1, 2017 judgment.

SO ORDERED.

Dated:   September 29, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation